IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANGELA FINCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:24cv110-MHT |
| ) | (WO) |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

Based on the agreement of the parties stated on the record on March 8, 2024, that the amount in controversy from the plaintiff's perspective is likely over $ 75,000, it is ORDERED that the amount in controversy required for diversity jurisdiction is met.

DONE, this the 8th day of March, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**